**Electronically Filed
Supreme Court
SCWC-16-0000105
20-FEB-2020
09:22 AM**

SCWC-16-0000105

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JAMES A. KRENTLER
Respondent/Plaintiff-Appellee

vs.

LINDA D. KRENTLER
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000105, FC-D NO. 14-1-1731)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on January 14, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson